AO 93 (Rev. 5/85) Search Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

3 OUNCE EXPRESS MAIL PARCEL, LABEL NO. ED654662454US, ADDRESSED TO 5311, P.O. BOX NO 5311, WILLMINGTON (SIC), DE 19808 U.S.A. EXPRESS MAIL PARCEL (LETTER FLAT) MEASURED 12 ¼" X 9 ½" POSTMARKED FEBRUARY 4, 2005

## SEARCH WARRANT

CASE NUMBER: 05- /2. -M

TO: YVETTE A. THOMAS, U. S. POSTAL INSPECTOR and any Authorized Officer of the United States

Affidavit(s) having been made before me by YVETTE A. THOMAS who has reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

3 OUNCE EXPRESS MAIL PARCEL, LABEL NO. ED654662454US, ADDRESSED TO 5311, P.O. BOX NO 5311, WILLMINGTON (SIC), DE 19808 U.S.A. EXPRESS MAIL PARCEL (LETTER FLAT) MEASURED 12 ¼" X 9 ½" POSTMARKED FEBRUARY 4, 2005

in the District of Wilmington, there is now concealed a certain person or property, namely
(describe the person or property)

CONTROLLED SUBSTANCES AND UNITED STATES CURRENCY

FILED 2005 APR -1 PM 1:23 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ February 18, 2005 _____
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to The Honorable Mary Pat Thynge, United States Magistrate Judge as required by law.

February 9, 2005  8:47 A.M.
Date and Time Issued
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Issuing Officer

Wilmington, DE
City and State

Signature of Issuing Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 2/9/05 | DATE AND TIME WARRANT EXECUTED 2/9/05 10:16 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Millsboro P.O. |
| INVENTORY MADE IN THE PRESENCE OF Inspector Jane Mullen & Yvette Thomas | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT $5000.00 in United States Currency in one hundred dollar denominations | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Yvette A. Thomas_

Subscribed, sworn to, and returned before me this date.

_[signature]_  _April 1, 2005_
United States Magistrate Judge     Date